**Electronically Filed
Supreme Court
SCWC-12-0000588
10-OCT-2016
08:10 AM**

SCWC-12-0000588

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

SCOTT YANG, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000588; CR. NO. 10-1-0899)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ., and
Circuit Judge Kuriyama, in place of Wilson, J., recused)

Petitioner/Defendant-Appellant Scott Yang's application

for writ of certiorari filed on August 30, 2016, is hereby

accepted and will be scheduled for oral argument.  The parties

will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, October 10, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Christine E. Kuriyama

